JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON REILLY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. SACV 14-1333-DOC(ANx)<br><br>[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [20] |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice in its entirety. Each party is to bear their own costs and attorneys' fees.

Dated this 27th day of February, 2015.

_David O. Carter_
DAVID O. CARTER
JUDGE OF THE U.S. DISTRICT COURT